|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TROY QUINCY, | ) | CASE NO: 1:14−CV−01981-KJM-JLT |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | [~~Proposed~~] Order Continuing Scheduling Conference |
| vs. | ) |   |
|   | ) |   |
| THE ADVANCE/NEWHOUSE PARTNERSHIP DISABILITY PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) |   |
|   | ) |   |
| Defendants. | ) |   |

After considering the stipulation of the Parties, and for good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference set for May 4, 2015 is continued to May 11, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 1, 2015**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

---

[~~PROPOSED~~] ORDER CONTINUING SCHEDULING CONFERENCE