UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY QUINCY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ADVANCE/NEWHOUSE PARTNERSHIP DISABILITY PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | No. 1:14-CV-01981-KJM -JLT<br><br><br>ORDER |

Having read and considered the parties' Stipulation Regarding Standard of Review and finding good cause therefore, it is hereby ordered that the standard of review to be employed at trial or on cross-motions for judgment on the claim for long term disability benefits will be de novo. This order regarding the appropriate standard of review is specifically limited to this case.

IT IS SO ORDERED.

DATED: September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE

1