UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TROY QUINCY, | CASE NO. 1:14-cv-01981 DAD JLT |
|---|---|
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | **(Doc. 40)** |
| THE ADVANCE/NEWHOUSE PARTNERSHIP DISABILITY PLAN, et al., | |
| Defendants. | |

The plaintiff has notified the Court that he has reached a settlement of the matter with the defendants. (Docs. 40) He indicates he will file the request for dismissal within 45 days. Id. Thus, the Court **ORDERS**:

1. The parties **SHALL** file their stipulated dismissal no later than **August 5, 2016**;

2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

Dated:  **June 29, 2016**               /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

621048                                    -2-

**STIPULATION & PROTECTIVE ORDER RE PRODUCTION OF STATE FARM'S DOCUMENTS – CASE NO. 1:14-CV-01377 GEB**